## STATE OF FLORIDA v FIESELMAN

Case No. 86-059 AC (County Court Case No. 07632 MS)

Eleventh Judicial Circuit, Appellate Division, Dade County

June 16, 1987

### APPEARANCES OF COUNSEL

**Jim Smith,** Attorney General, and **Richard L. Kaplan,** Assistant Attorney General, for appellant.

**M. Lewis Hall, Jr.** for appellee.

Before BARAD, DONNER, GREENBAUM, JJ.

### OPINION OF THE COURT

PER CURIAM REVERSED.

The State appeals the order of the trial court dismissing the charge against appellee for violation Section 316.193(1)(a), Florida Statutes.

Based upon the authority of *Griffin V. State,* 457 So.2d 1070 (Fla. 2d DCA 1984), this court finds that the appellee had "actual physical control" of the automobile as contemplated within Section 316.193(1)(a). Accordingly, the order of the trial court is reversed and this cause is remanded for further proceedings consistent with this opinion.